UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HWAN SUNG KIM and JIN YONG SHIN,<br><br>Plaintiffs,<br><br>-against-<br><br>SGD DUBU LLC, JONG MIN NA, JOHN DOES 1-10 (said names being fictitious), and JOHN ROE CORPS. 1-10 (said names being fictitious),<br><br>Defendants. | Case No.: 2:17-cv-1447-KM-JBC<br><br>CIVIL ACTION<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: January 31, 2018

KIM, CHO & LIM, LLC
*Attorneys for Plaintiffs, Hwan Sung Kim,
Jin Yong Shin and Sung Hee Kim*

By: _____
JOSHUA S. LIM, ESQ.
460 Bergen Blvd., Suite 305
Palisades Park, New Jersey 07650
(t): 201.585.7400
(f): 201.585.7422

NEWMAN & SIMPSON, LLP
*Attorneys for Defendants, SGD Dubu LLC
and Jong Min Na*

By: _____
DANIEL J. COHEN, ESQ.
32 Mercer Street
Hackensack, New Jersey 07601
(t): 201.487.0200
(f): 201.487.8570

SO ORDERED

_____
Kevin McNulty, U.S.D.J.

Date: 2/2/2018